McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00222-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALDO ARELLANO, AND RACHEL FELIX, | DATE: January 24, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2019.

2. By this stipulation, the defendants now move to continue the status conference until April 4, 2019, at 9:30 a.m., and to exclude time between January 24, 2019, and April 4, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

conversations. All of this discovery has been produced directly to counsel.

      b)     Defense counsel desired additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2019, to April 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 22, 2019

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ JUSTIN L. LEE
                                       JUSTIN L. LEE
                                       Assistant United States Attorney

Dated: January 22, 2019 /s/ SHARI RUSK
SHARI RUSK
(as authorized on January 20, 2019)
Counsel for Defendant
ALDO ARELLANO

Dated: January 22, 2019 /s/ KELLY BABINEAU
KELLY BABINEAU
(as authorized on January 18, 2019)
Counsel for Defendant
RACHEL FELIX

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of January, 2019.

Troy L. Nunley
United States District Judge