| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDO ARELLANO, AND<br>RACHEL FELIX,<br><br>Defendants. | CASE NO. 2:17-CR-00222-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 18, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 18, 2019.

2. By this stipulation, the defendants now move to continue the status conference until August 8, 2019, at 9:30 a.m., and to exclude time between July 18, 2019, and August 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

conversations.  All of this discovery has been produced directly to counsel.

      b)      Defense counsel desired additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2019, to August 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 15, 2019                McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney

| Dated: July 15, 2019 | /s/ SHARI RUSK |
|---|---|
| | SHARI RUSK |
| | (as authorized on July 10, 2019) |
| | Counsel for Defendant |
| | ALDO ARELLANO |
| Dated: July 15, 2019 | /s/ KELLY BABINEAU |
| | KELLY BABINEAU |
| | (as authorized on July 15, 2019) |
| | Counsel for Defendant |
| | RACHEL FELIX |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of July, 2019.

_____
Troy L. Nunley
United States District Judge