McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00222-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALDO ARELLANO, AND RACHEL FELIX, | DATE: August 8, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 8, 2019.

2. By this stipulation, the defendants now move to continue the status conference until September 26, 2019, at 9:30 a.m., and to exclude time between August 8, 2019, and September 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

| | |
|---|---|
| 1 | conversations.  All of this discovery has been produced directly to counsel. |
| 2 | b) Defense counsel desired additional time to review the discovery, |
| 3 | conduct research into the case, to discuss the case with their clients, and otherwise |
| 4 | prepare for trial in this matter. |

1 conversations. All of this discovery has been produced directly to counsel.

    b) Defense counsel desired additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2019, to September 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 5, 2019                    McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ JUSTIN L. LEE
                                                    JUSTIN L. LEE
                                                    Assistant United States Attorney

| Dated: August 5, 2019 | /s/ SHARI RUSK |
|---|---|
| | SHARI RUSK |
| | (as authorized on August 5, 2019) |
| | Counsel for Defendant |
| | ALDO ARELLANO |
| Dated: August 5, 2019 | /s/ KELLY BABINEAU |
| | KELLY BABINEAU |
| | (as authorized on August 5, 2019) |
| | Counsel for Defendant |
| | RACHEL FELIX |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of August, 2019.

_____
Troy L. Nunley
United States District Judge