**FILED**
August 5, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RACHEL FELIX, ) <br> ) <br> Defendant. ) | Case No. 2:17-CR-00222-TLN-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RACHEL FELIX</u>, Case No. <u>2:17-CR-00222-TLN-1</u>, Charge <u>21 USC § 841</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>100,000 (to be secured)</u>

        ✔ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    ✔ (Other) <u>USM to release dft on 8/6/2019 at 9:00 am to PTS. With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 5, 2019</u> at <u>2:30</u> <u>pm</u>..

                By   /s/ Deborah Barnes
                       Deborah Barnes
                       United States Magistrate Judge