KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RACHEL FELIX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 17-CR-00222TLN |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | RELEASE OF PROPERTY |
| v. ) | BOND; |
| ) | FINDINGS AND |
| ) | ORDER |
| RACHEL FELIX ) | |
| ) | |
| Defendants. ) | |
| _____) | Judge: Hon. Kendall J. Newman |

## STIPULATION

It is hereby stipulated that the secured property bond on 1112 4th Street, Woodland, CA 95695 (Pacer 41 & 45) be released. This property was listed as secure collateral as a condition of pretrial release for Rachel Felix. However, Ms. Felix was returned to custody on August 19, 2020 (Pacer 75) and there is no longer a need for the secure collateral in this case.

Pretrial and the AUSA do not oppose this request.

In addition, the Clerk's Office is directed to reconvey the property as follows: 1112

-1-

4th Street, Woodland CA 95695 to Jose F. Castellanos and Maria V. Castellanos.

IT IS SO STIPULATED.

Dated:  August 31, 2020                     Respectfully submitted,


                                                        /s/ Kelly Babineau
                                                        KELLY BABINEAU
                                                        Attorney for Rachel Felix


Dated: August 31, 2020                      /s/ Justin Lee
                                                        JUSTIN LEE
                                                        Assistant U.S. Attorney


Dated: August 31, 2020                      /s/ Steve Sheehan
                                                        STEVE SHEEHAN
                                                        U.S. Pretrial Release Officer


**O R D E R**

IT IS SO FOUND AND ORDERED this 31st day of August, 2020.

                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE